I dissent. I agree that the majority reaches an equitable result. I find, however, that the United States Supreme Court's decision in Mansell v. Mansell 490 U.S. 581, 109 S.Ct. 2023, 104 L.Ed.2d 675 (1989), preempts this subject of military retirement. Under Mansell, the Court held that disability benefits received in lieu of retirement benefits were not subject to equitable distribution under the Uniformed Services Former Spouses' Protection Act (USFSPA). Likewise, the Veterans Separation Incentive (VSI) payments are received in lieu of retirement benefits and are not subject to equitable distribution absent a specific directive to the contrary in USFSPA. To say that VSI payments are the functional equivalent of retirement benefits is in direct conflict with the rationale of Mansell.
Further, at the time the parties entered into their agreement, no congressional authority existed for VSI payments. Given that these payments do not constitute retirement pay, no authority exists to retroactively modify the property settlement agreement to provide for something that was not in existence at the time the parties entered into the agreement.
I would affirm the well-reasoned opinion of the district court. Accordingly, I must dissent.
WELLS, J., concurs.